

**RIEMER | HESS** LLC
ATTORNEYS AT LAW

275 MADISON AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10016
T 212.297.0700  F 212.297.0730
info@riemerhess.com | www.riemerhess.com

September 6, 2024

**VIA ECF**
Hon. Paul A. Engelmayer, U.S.D.J.
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Sonia Zurita v. First Unum Life Ins. Co.*, Case Number 1:24-cv-4196
      Request for Adjournment of Initial Pretrial Conference

Judge Engelmayer:

We write jointly today on behalf of both parties in the above-captioned action to request an adjournment of the initial pretrial conference scheduled for September 18, 2024, in accordance with Rule 1(E) of Your Honor's Individual Rules. This is the first request for an adjournment and, for the reasons detailed below, the parties request an adjournment of one (1) month.

Plaintiff recently served discovery requests in this action and Defendant's deadline to respond to these discovery requests is September 30, 2024, twelve days after the initial pretrial conference. Given this timeline, Plaintiff will not be able to review these responses and confer with opposing counsel regarding any potential deficiencies prior to the September 18, 2024 conference.

Accordingly, both parties believe it is in the interest of judicial efficiency to adjourn the initial pretrial conference for one (1) month so the parties can address any potential discovery issues at such conference.

Thank you for your time and consideration of this request.

Respectfully Submitted,

/s/ Ryan McIntyre
Riemer Hess LLC
*Attorneys for the Plaintiff*
275 Madison Ave, 26th Floor
New York, NY 10016
(212) 297-0700
rmcintyre@riemerhess.com

/s/ Patrick Begos
Robinson & Cole LLP
*Attorneys for the Defendant*
1055 Washington Blvd.
Stamford, CT 06901
(203) 462-7500
pbegos@rc.com

The Court denies this request. A primary purpose of the September 18, 2024 initial pretrial conference is to put in place a case management plan that sets forth all discovery deadlines. Plaintiff's counsel's explanation that he cannot prepare adequately for the September 18 conference is not credible. Consistent with the Court's Individual Rules and Practices in Civil Cases, the parties should submit no later than September 13, 2024 a case management plan and scheduling order. The scheduled telephonic conference remains in place.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: September 9, 2024